## HANCOCK v. STATE.
### No. 18233.

Court of Criminal Appeals of Texas.
April 22, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

It was charged against appellant that while intoxicated he operated a motor vehicle upon a public road in Hall county, Tex. Upon conviction, his punishment was assessed at confinement in the county jail for 10 days and a fine of $25.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.